434

■■■■■■■■■■■■■■

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Alonso MARTINEZ–CARDENAS,**
**Defendant–Appellant.**

No. 06–50751
Conference Calendar.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, David Alonso Martinez–Cardenas raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

GRANTED, and the judgment of the district court is AFFIRMED.

■■■■■■

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Enrique Guadalupe VIDAL–DE LUNA,**
**Defendant–Appellant.**

No. 06–50772
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

■■■■■■■■■■■■■■

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Enrique Guadalupe Vidal–De Luna raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.